IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DORAN J. WALKER | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv76 |
| TDCJ-CID | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Plaintiff Doran J. Walker, proceeding *pro se*, filed the above-styled lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 8] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 28th day of November, 2022.**

Michael J. Truncale
United States District Judge